IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBORAH GARLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-509 (MTT) |
| | ) |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Charles H. Weigle (Doc. 17) to reverse and remand the Plaintiff's case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action.  The Magistrate Judge found that the Administrative Law Judge ("ALJ") failed to consider a substantial portion of the Plaintiff's medical evidence in either the May 2011 or August 2011 decision,[1] thereby not enabling the Court to conduct meaningful judicial review.  The Commissioner did not object to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the case is **REVERSED and REMANDED** for further proceedings.

---

[1] The August 2011 decision addresses the Plaintiff's Title XVI claims not addressed in the initial decision.

**SO ORDERED**, this 6th day of December, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
